JS-6

| | |
|---|---|
| PAMELA POLAGI,<br><br>        Plaintiff,<br><br>  vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA LTD PLAN,<br><br>        Defendants | Case No: CV09-3101 VBF(Ex)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 11, 2010

_____

~~VALERIE BAKER FAIRBANK~~  PERCY ANDERSON
Judge of the U.S. District Court